**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6651**

KEITH S. DAVIS,

                                    Petitioner - Appellant,

        versus

WALTER W. STOUT, Judge; K. SCOTT MILES, Public
Defender; MICHELLE B. MITCHELL, Richmond City
Jail Sheriff,

                                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-03-259-2)

Submitted:  May 28, 2003              Decided:  June 10, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith S. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith S. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Davis v. Stout, No. CA-03-259-2 (E.D. Va. April 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED